UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM T. HENDERSON,<br><br>　　　　Defendant. | No. 2:18-PO-0111-JTR<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is the Government's Rule 48(a) Motion to Dismiss with Prejudice. ECF No. 4. The United States indicates the charge against Defendant set forth in Violation Number 6612258 (Assault in the Third Degree, in violation of Wash. Rev. Code § 9A.36.031) has been resolved without the need for judicial intervention. *Id*.

　　Accordingly, **IT IS ORDERED:**

　　1.　The Government's motion to dismiss, **ECF No. 4**, is **GRANTED**.

　　2.　The Government's motion to expedite, **ECF No. 5**, is **GRANTED**.

　　3.　The charge against Defendant, set forth is Violation Number 6612258, is **DISMISSED WITH PREJUDICE**.

　　**IT IS SO ORDERED**.

　　DATED November 21, 2018.



　　　　_____
　　　　JOHN T. RODGERS
　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1